UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BALLARD, | )<br>) |
| Plaintiff, | ) Case No. 1:23-cv-01033-MN<br>) |
| v. | )<br>) |
| NEWMONT CORPORATION, PATRICK G. AWUAH JR., GREGORY H. BOYCE, BRUCE R. BROOK, MAURA CLARK, EMMA FITZGERALD, MARY LASCHINGER, JOSÉ MANUEL MADERO, RENÉ MÉDORI, JANE NELSON, TOM PALMER, JULIO M. QUINTANA, and SUSAN N. STORY, | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 16, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*